**FILED**

SEP 19 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:07CR00077-001 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| DAVID WAYNE FRASER, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on September 15, 2014, for a total term of 2 months.

IT IS HEREBY ORDERED that the defendant shall be released on Sunday, September 28, 2014. Defendant, David Wayne Fraser, shall report to the Salvation Army's Men's Rehabilitation Center in Fresno, CA on the morning of Monday, September 29, 2014. A certified Judgment and Commitment order to follow.

Dated: September 19, 2014

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1