

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | |
|---|---|---|
| | ) | ORDER TO REDUCE |
| v. | ) | TERM OF SUPERVISED RELEASE FOR |
| | ) | SUCCESSFUL COMPLETION |
| David Wayne Fraser, | ) | OF REENTRY COURT |
| | ) | (18 U.S.C. 3583(3)(1) |
| Defendant. | ) | |
| | ) | Docket Number: 1:07CR00077-001 |

On January 25, 2017, the defendant was accepted as a participant in the Reentry Court Program. As of March 22, 2018, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of March 27, 2018.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release re-imposed on September 15, 2014, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

___3/27/18___     ___/s/ Sheila K. Oberto___
Date                          The Honorable Sheila K. Oberto
                              United States Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of March 27, 2018.

___March 27, 2018___     ___/s/ Lawrence J. O'Neill___
Date                               The Honorable Lawrence J. O'Neill
                                   Chief United States District Judge

cc:   Defendant
      Assistant United States Attorney: Dawrence W. Rice, Jr.
      Defense Counsel: Peggy Sasso
      FLU Unit – United States Attorney's Office
      Fiscal Clerk - Clerk's Office